1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4

5  Attorney for Plaintiff

6

7

8

9            IN THE UNITED STATES DISTRICT COURT FOR

10                THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 BARBARA ZACHARY            )
                              )    1:07-CV-1083 AWI DLB
14                            )
           Plaintiff,         )    STIPULATION AND ORDER
15                            )
   vs.                        )
16                            )
   COMMISSIONER OF            )
17 SOCIAL SECURITY,           )
                              )
18         Defendant.         )
                              )
19 _____)

20     IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be

21 granted a 30 day extension of time, until March 7, 2008, in which to serve Plaintiff's Confidential

22 brief.  All remaining actions under the scheduling order filed, July 27, 2007, shall proceed under

23 the time limit guidelines set therein.

24 / /

25 / /

26 / /

27 / /

28

1 | Dated:  February 7, 2008 | /s/ Sengthiene Bosavanh

2 | | SENGTHIENE BOSAVANH, ESQ.
| | Attorney for Plaintiff.

3

4 | Dated: February 8, 2008 | MCGREGOR SCOTT
| | United States Attorney

5

6 | | By: /s/ Geralyn Gulseth
| | (as authorized via facsimile/e-mail)
| | GERALYN GULSETH

7 | | Assistant Regional Counsel

IT IS SO ORDERED.

**Dated:   February 14, 2008**         **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE