McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
SARAH RYAN
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8978
    Facsimile: (415) 744-0134
    E-Mail: sarah.ryan@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| BARBARA ZACHARY, ) | |
| ) | CIVIL NO. 1:07-CV-1083 AWI DLB |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER OF |
| ) | VOLUNTARY REMAND AND DISMISSAL |
| MICHAEL J. ASTRUE, ) | OF CASE, WITH DIRECTIONS TO CLERK |
| Commissioner of ) | TO ENTER JUDGMENT |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

    The parties have agreed that upon remand to an Administrative Law Judge (ALJ), Plaintiff will be offered the opportunity for a new hearing and decision at which she may update the record and present new evidence as desired. The ALJ should update the record by obtaining updated treating

records and either an updated consultative mental examination and/or medical expert evidence regarding the extent of Plaintiff's limitations in view of the existing consultative examinations and the updated treatment record, as warranted. The reports of Drs. Cushman and Morgan should be reconsidered and proper reasons provided if they are not accepted. Supplemental vocational expert evidence should be obtained, as warranted.

It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

Respectfully submitted,

Dated: May 8, 2008   /s/ Sengthiene Bosavanh
   (As authorized via facsimile)
   SENGTHIENE BOSAVANH
   Attorney for Plaintiff

Dated: May 8, 2008   McGREGOR W. SCOTT
   United States Attorney
   LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
   Social Security Administration

   /s/Sarah Ryan
   SARAH RYAN
   Special Assistant U.S. Attorney

   Attorneys for Defendant

## ORDER

This stipulation is APPROVED.

IT IS SO ORDERED.

**Dated:   May 29, 2008**          /s/ Anthony W. Ishii
             UNITED STATES DISTRICT JUDGE